S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
LASHON HARRIS (CA Bar No. 257578)
lharris@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., for itself, as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver and as successor by merger to CHASE HOME FINANCE LLC, and CALIFORNIA RECONVEYANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION, ROYBAL FEDERAL BUILDING

| | |
|---|---|
| BRIAN R. CARLSON, an individual, | **CASE NO.:** 11-cv-10621-JAK-FMO |
| Plaintiffs, | **JUDGE:** Hon. John A. Kronstadt |
| v. | **JUDGMENT JS-6** |
| JPMORGAN CHASE BANK, N.A., a Delaware corporation, in its own capacity and as an acquirer of certain assets and liabilities of Washington Mutual Bank, et al., | **CRTM:** 750<br>**DATE:** November 5, 2012<br>**TIME:** 8:30 a.m. |
| Defendants. | |

The Court, having granted the Motion to Dismiss of defendants JPMorgan Chase Bank, N.A., for itself, as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver and as successor by merger to CHASE HOME FINANCE LLC ("JPMorgan"), and California Reconveyance Company ("CRC" and collectively,

"Defendants") to the Fourth Amended Complaint filed by plaintiff Brian R. Carlson ("Plaintiff") on November 5, 2012,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs' Fourth Amended Complaint is dismissed with prejudice.
2. Judgment is entered in favor of Defendants.
3. Judgment is entered against Plaintiffs with respect to all their claims asserted against Defendants in the Fourth Amended Complaint.
4. Plaintiffs shall take nothing against Defendants.
5. Defendants may file a Bill of Costs.

DATED: November 27, 2012     By: _____
　　　　　　　　　　　　　　　　　　Hon. John A. Kronstadt
　　　　　　　　　　　　　　　　　　Judge, United States District Court